AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

Southern District of California

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched* | ) |
| *or identify the person by name and address)* | )   Case No.   '22  MJ0064 |
| A gray 2020 Nissan Versa, bearing California license | ) |
| plate 8LZK013 | ) |
| | ) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-2.

located in the _____Southern_____ District of _____California_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B-2.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 2113(a) | Bank Robbery |

The application is based on these facts:

See Attached Affidavit of FBI Special Agent Ryan Lindsay

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Ryan Lindsay*
_____
*Applicant's signature*

Ryan Lindsay, FBI Special Agent
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

_____telephone_____ *(specify reliable electronic means).*

Date: _____01/04/2022_____

_____
*Judge's signature*

City and state:  San Diego, California

Hon. Michael S. Berg, U.S. Magistrate Judge
_____
*Printed name and title*

**ATTACHMENT A-2**
DESCRIPTION OF PROPERTY TO BE SEARCHED

A gray 2020 Nissan Versa, bearing California license plate 8LZK013 and Vehicle Identification Number (VIN) 3N1CN8FV6LL805026, insured in the name of Asim Shakir DANIELS with a listed address of 718 E Street, Apartment 209, Brawley, California, 92227 (**SUBJECT VEHICLE**).
.



**ATTACHMENT B-2**

ITEMS TO BE SEIZED

The evidence to be seized from the search of properties identified in Attachment A-2 as follows:

a.  White framed sunglasses

b.  Neck gaiters

c.  Black cargo Pants

d.  Black shoes

e.  Black sweatshirts

f.  Money bands

g.  Cellphones

h.  Cash

i.  Firearms and Ammunition

j.  Documents or pictures demonstrating planning

k.  USB drives or any electronic media storage devices

l.  Cameras

m. Computers

n.  electronically stored information on the Subject Vehicle's infotainment and telematics systems, from January 1, 2022 through and including January 4, 2022, for any locational data, door opening and closing data, Bluetooth connected data, and indications of alteration or deletion of vehicle data;

which are evidence of violations of Title 18, U.S.C. § 2113(a), Bank Robbery.

Law enforcement officers conducting the search are authorized to open any closed containers or items found in the premises including safes, lockers, and lock boxes located in or on the Subject Vehicle.

11

**AFFIDAVIT IN SUPPORT OF APPLICATION**

I, Ryan Lindsay, being duly sworn, declare and state:

INTRODUCTION

1.      I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so since April 2021.  I am currently assigned to the Imperial Country Resident Agency of the San Diego Field Office where I investigate a variety of criminal violations, in. I have received training in interviewing and interrogation techniques, arrest procedures, surveillance, the execution of searches and seizures, and various criminal laws and procedures. I am authorized to investigate violations of the laws of the United States and I am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

2.      The result of my training and experience, and my conversations with other Special Agents of the FBI, and Task Force Officers (TFOs), as well as Detectives and Officers and other local investigators familiar with violent crime, and bank robberies, form the basis of opinions and conclusions set forth below, which I drew from the facts set forth herein.  Dates and times outlined below are approximate.

3.      I make this affidavit, in part, based on personal knowledge derived from my participation in this investigation and, in part, based upon information from: (a) oral and written reports about this investigation which I have reviewed; (c) review of open-source material and surveillance footage; and (d) queries of law enforcement databases.

4.      Except as otherwise noted, information set forth in this affidavit has either been observed or provided to me by law enforcement officers with whom I have spoken, who were involved in this investigation, or whose reports I have read and reviewed.

5.      Because this affidavit is being submitted for the limited purpose of seeking the search warrant specified below, I have not set forth each and every fact learned during the course of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause for the requested warrant.

6.     I respectfully submit that the facts contained in the numbered paragraphs below demonstrate that there is probable cause to believe that fruits, instrumentalities, and evidence of a bank robbery, in violation of 18 U.S.C. § 2113, as described in Attachments B-1 and B-2, will be found at or in the following locations:

    a.     Working Alternatives Inc. , 718 "E" Street, Room 209, Brawley, CA 92227 (**Target Location**);

    b.     A gray 2020 Nissan Versa, bearing California license plate 8LZK013 (**Subject Vehicle**);

as further described in Attachment A-1 and A-2 respectively.

PROBABLE CAUSE

*January 4, 2022 Bank Robbery*

7.     On January 4, 2022, investigators were notified of a bank robbery. They reported to the scene, interviewed witnesses, review surveillance video, and learned that at approximately 10:05 AM, an individual later identified as Asim Shakir DANIELS entered the Bank of the West located at 8690 Center Dr, La Mesa, CA 91942. DANIELS was wearing a black jacket, black shoes, black gaiter neck/face covering, and dark sunglasses. DANIELS walked to a teller window and made an oral demand saying, "Give me everything". DANIELS demanded money from the vault but the bank employee informed DANIELS that the location didn't have a vault. DANIELS demanded the money from the employee's drawer and the bank employee working told DANIELS they did not have any money in their drawer. Based on DANIELS' oral demands, two separate bank employees provided DANIELS money from two separate drawers. DANIELS received approximately $2,840 in cash. DANIELS took the money and left the bank on foot, heading Southbound.

8.     Shortly after, La Mesa Police Department (hereinafter, "LMPD") Officers responded to the robbery and found DANIELS at a shopping center located south of the Bank of the West. DANIELS matched the physical description of the robber and was wearing clothing similar in appearance to that of the robber. LMPD detained DANIELS

2

and conducted a curbside lineup where DANIELS was identified as the robber by a bank employee.

9.    LMPD Officers located the money stolen from the Bank of the West on DANIELS' person and DANIELS was identified by his California Driver's License, D2028623, which was also found on his person. The following is a photograph of DANIELS during the robbery of the Bank of the West:



10.    On January 4, 2022, at the time of the robbery, the Bank of the West's deposits were insured by the Federal Deposit Insurance Corporation.

*January 3, 2022 Bank Robbery*

11.    Your affiant also learned, the day before, on January 3, 2022, investigators were notified of a robbery at a bank, responded to the scene and learned the following by interviewing witnesses and reviewing surveillance video. On January 3, 2022, at approximately 11:00 AM, a then unknown black male matching DANIEL's description, entered the Sun Community Federal Credit Union located at 100 E. 5th Street, Holtville, CA 92250. The robber was wearing a black jacket, black pants, black shoes, camouflage

neck gaiter/face covering, and white rimmed sunglasses. The below is a photograph of the robber of Sun Community Federal Credit Union:



12.     Upon entering the Sun Community Federal Credit Union, DANIELS approached a teller window and made an oral demand, stating he was robbing "the place" and to "give me that", pointing towards the vault. The bank employees were unable to open the vault during the time of the robbery; however, DANIELS proceeded to take a sum of money from the bank tellers' drawers totaling approximately $20,545 and left the bank on foot.

13.     Based on this individual's appearance, clothing, and method of operation, and that DANIELS was residing in the area, I believe the bank robber at Sun Community Federal Credit Union to be DANIELS.

//

4

*Identification of the **Target Location***

14.     A Law Enforcement Database search shows that DANIELS has California driver's license number D2028623 and his listed address on his driver's license is 718 E. Street, Brawley, CA 92227. An internet search of the address comes to Working Alternatives Inc. which is a company that is contracted by the Bureau of Prisons to provide a residential reentry center or the more commonly known colloquial term a "Halfway House".

15.     On January 4, 2022, FBI Agents interviewed Juan Garcia, the Assistant Director for Working Alternatives Inc, a contractor for Bureau of Prison that is in charge of the Halfway House in Brawley, California. Garcia provided the following information: DANIELS is a current resident of the Halfway House. He was transferred to the Halfway House on September 30, 2021 and placed in room 209 of the Halfway House (the **Target Location**) by the Bureau of Prisons. Garcia informed us that Working Alternatives Inc. could secure the room until investigators arrived with a warrant, the room has been secured since agents meet with the assistant director at approximately 1:00 p.m. Investigators are requesting night time service of the residential warrant to allow the room to be returned to the occupants who have been displaced. DANIELS is currently serving a sentence for Bank Robbery and Use of a Firearm in Furtherance of a Crime of Violence. Based on the above interview, agents learned that the Halfway House sleeps four people to a single room. The inhabitants space is delineated by picture of the resident next to their bed.

16.     Based upon my training and experience, and my consultations with other Special Agents of the FBI experienced in investigating robberies I am aware that during the commission of robberies often subjects utilize electronic devices to communicate with coconspirators. Additionally, subjects will utilize electronic devices to conduct research, surveillance, and planning to commit a robbery. These devices include cell phones, cameras, computers, and other electronic devices.

//

*Identification of the **Subject Vehicle***

17.    Upon the arrest of DANIELS by LMPD, officers located car keys on his person. A search for the vehicle revealed the car keys belonged to the **Subject Vehicle**, which was in the area near to where he was arrested. The **Subject Vehicle** was secured and towed to the La Mesa Police Department property. On DANIELS person was an insurance card from Geico showing him as the insured person for the **Subject Vehicle**.

18.    Based on my training and experience and consultation with other experienced investigators, I am aware that vehicle's can maintain electronically stored information on an infotainment and telematics system to include locational date, door opening closing data, Bluetooth connected data, and indications of alteration or deletion of vehicle data, all which in this case, when compared to the date, time, and location of the robberies would be of evidentiary value. Based on the foregoing, I am also seeking authorization to search the vehicles electronic data for such information from January 1, 2022 through and including January 4, 2022.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

6

CONCLUSION

19.    Based upon my training and experience, and the facts so far, there is probable cause to believe that DANIELs robbed the Bank of the West on January 4, 2021 and Sun Community Federal Credit Union on January 3, 2021 and that he resides at the premises located at the 718 E St, Room 209, Brawley, CA 92227 (**"Target Location"**), as identified in Attachment A-1, and utilized the **Subject Vehicle**, as described in Attachment A-2, and there is probable cause evidence, fruits and instrumentalities of the bank robberies will be found in those locations. Therefore, I seek authorization to search the **Target Location** and **Subject Vehicle** for evidence, fruits and instrumentalities of violations of Title 18, United States Code, Section 2113, Bank Robbery, as described in Attachment B-1 (**Target Location**) and Attachment B-2 (**Subject Vehicle**).

_____
Ryan Lindsay, Special Agent
Federal Bureau of Investigation


Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 4th day of January, 2021.

_____
HONORABLE  MICHAEL S. BERG
United States Magistrate Judge

7